UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY SHEFFIELD, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, and DOES 1-10, ) ) ) ) ) Defendants. ) | **JUDGMENT** <br><br> No. 7:16-CV-354-BO |

**Decision by Court.**
This matter comes before the Court on the parties' joint motion for final approval order.

**IT IS ORDERED, ADJUDGED, AND DECREED** the Court **GRANTS** the Parties' joint motion and approves the settlement of this action in full. This action and the claims released in the Stipulation of Settlement, including but not limited to the claims under the Fair Labor Standards Act, are **DISMISSED** with prejudice. The parties shall each bear their own fees and costs, except those fees and costs previously awarded to Plaintiffs' Counsel by this Court [Doc. 70] in accordance with the Stipulation of Settlement.

**This Judgment was filed and entered on April 27, 2018, and copies sent to:**
David Grounds (via CM/ECF Notice of Electronic Filing)
Molly Nephew (via CM/ECF Notice of Electronic Filing)
Daniel Bryson (via CM/ECF Notice of Electronic Filing)
Jill Sticklin (via CM/ECF Notice of Electronic Filing)
Steven Moore (via CM/ECF Notice of Electronic Filing)
Stacy Mueller (via CM/ECF Notice of Electronic Filing)

DATE
April 27, 2018

**PETER A. MOORE, JR., CLERK**

By: /s/Lindsay Stouch
Deputy Clerk